UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Steven Roy, et al.

    v.                                            Civil No. 09-cv-075-SM

William Wrenn, et al.

**O R D E R**

    Before the Court is plaintiffs' request for preliminary injunctive relief (document no. 1). In accordance with 28 U.S.C. § 636(b)(1)(B), Magistrate Judge James R. Muirhead is designated to review and consider the request for injunctive relief submitted by plaintiff and, if necessary, conduct a hearing on the matter. In accordance with subparagraph (C), the Magistrate Judge shall file his proposed findings and recommendations under subparagraph (B) with the Court, and a copy shall forthwith be mailed to all parties.

    SO ORDERED.

                                                        _____
                                                         Steven J. McAuliffe
                                                         Chief Judge

Date:    March 25, 2009

cc:      David P. Slawsky, Esq.