**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

Steven Roy, Charles Wolff,
Eric Chaplin, Joel Smith,
John Gosselin, Bruce Usher,
William Johnson, Prayer Feather
Farrow


     v.                                    Civil No. 09-cv-75-SM

NH Department of Corrections,
Commmissioner; NH State Prison,
Warden; Northern NH Correctional
Facility, Warden; Robert MacLeod,
Karen Anderson


                        **O R D E R**


     Defendants seek my recusal under 28 U.S.C. § 455(a).  I
reject the suggestion that sending a file for review by one of
the few attorneys in the state willing to consider taking a
prisoner case somehow places my neutrality or objectivity into
question.  The prisoner filed a motion to appoint counsel.  The
prisoner's claims had merit and counsel was free to do his own
analysis.

     Judge Arenas did the preliminary review in this case, so I
was not familiar with the complaint in this case until the
motion.  Having now read the complaint, I find that it has some

issues identical to factual issues in Mr. Roy's "dental case."
In that case, I made factual findings concerning defendants'
unconstitutional lack of adequate dental care.  My findings were
in part based upon defendants' own witnesses.  The question isn't
whether I could be objective because I certainly can be
objective.  However, I do think that having made those findings,
my objectivity may reasonably be questioned.  I recuse myself
from all further proceedings in this case.

     **SO ORDERED.**

James R. Muirhead
United States Magistrate Judge

Date: April 10, 2009

cc:    David P. Slawksy, Esq.
       Lawrence A. Vogelman, Esq.
       Danielle Leah, Esq.
       Nancy J. Smith, Esq.
       Anne M. Edwards, Esq.