**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

<u>Steven Roy, et al.</u>

    v.                                    Civil No. 09-cv-075-SM

<u>N.H. Department of Corrections,</u>
<u>Commissioner, et al.</u>

**MEDIATION REPORT**

The parties successfully resolved the case at mediation held on November 15 and 16, 2010.  An appropriate agreement for entry of judgment or stipulation for dismissal is to be filed within thirty (30) days.  LR 41.1.

    **SO ORDERED.**

                                      _____
                                      Landya B. McCafferty
                                      United States Magistrate Judge

Date:  November 22, 2010

cc:  Anne M. Edwards, Esq.
     Danielle Leah Pacik, Esq.
     David P. Slawsky, Esq.
     Nancy J. Smith, Esq.
     Lawrence A. Vogelman, Esq.